# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| PHYLLIS TEZLA, | : | Bankruptcy No. 08-12700DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 28th day of January 2009, upon consideration of the Second Amended Motion to Punish Palisades Collections, LLC ("Palisades") for Contempt Pursuant to 11 U.S.C. § 362(k) ("Amended Motion"), after notice and hearing and for the reasons set forth in the accompanying Memorandum Opinion;

It is hereby **ORDERED** that:

1. The Amended Motion is **GRANTED**.

2. Pursuant to § 362(k), actual damages of $160, counsel fees of $2,500 and punitive damages of $11,000 are allowed and shall be remitted by Palisades to Debtor.

_____
DIANE WEISS SIGMUND
United States Bankruptcy Judge